### 10039.   BURNETT *v.* THE STATE.

BROYLES, P. J.   1. Under the facts of the case the court did not err in failing to instruct the jury upon the law of involuntary manslaughter.

2. The verdict of voluntary manslaughter was authorized by the evidence.

3. The alleged newly discovered evidence is not of such a character as would probably produce a different verdict upon another trial.

4. The court did not err in overruling the motion for a new trial.

*Judgment affirmed.   Bloodworth and Harwell, JJ., concur.*

DECIDED NOVEMBER 1, 1918.

Indictment for murder; from Randolph superior court—Judge Worrill.   July 13, 1918.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.